**Order filed, October 2, 2019.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-19-00645-CV
_____

### CRYSTAL  DOLGENER, Appellant

### V.

### STEVEN  DOLGENER, Appellee

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2019-27998**

## ORDER

The reporter's record in this case was due September 23, 2019.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Julia Rangel, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM